**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

ARTHUR BIRINGER, individually and
on behalf of others similarly situated,

       Plaintiff,                      CASE NO. 4:14cv566-RH/CAS

v.

FIRST FAMILY INSURANCE, INC., and
JASON MARRA.

       Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION FOR**
**FINAL APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT,**
**ATTORNEYS' FEES, EXPENSES, AND INCENTIVE AWARD**

      Plaintiff Arthur Biringer respectfully moves for final approval of the Class Action Settlement Agreement granted preliminary approval by this Court on December 27, 2016. *See* Dkt. No. 87. In support, Plaintiff relies on his Memorandum in Support submitted herewith. A proposed order granting the motion is submitted as Exhibit 1 to Plaintiff's Memorandum in Support.

                                          Respectfully submitted,

                                          ARTHUR BIRINGER, individually
                                          and on behalf of others similarly situated,

                                          By:  */s/ Edward A. Broderick*
                                          Edward A. Broderick
                                          Anthony I. Paronich
                                          Broderick & Paronich, P.C.
                                          99 High St., Suite 304
                                          Boston, MA 02110
                                          Telephone: (617) 738-7080
                                          ted@broderick-law.com
                                          anthony@broderick-law.com

Tim Howard, J.D., Ph.D.
Florida Bar No.: 655325
tim@howardjustice.com
**HOWARD & ASSOCIATES, P.A.**
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
Telephone: (850) 298-4455
Fax: (850) 216-2537

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Counsel for Plaintiff*

Dated:    April 5, 2017

### CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2017, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will effect service upon all counsel of record.

*/s/ Edward A. Broderick*
Edward A. Broderick