UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ARTHUR BIRINGER

    VS                                          CASE NO.  4:14-cv-566-RH-CAS

FIRST FAMILY INSURANCE, INC. and
JASON MARRA

## JUDGMENT

The parties, including all class members, are ordered to comply with their settlement agreement. The named plaintiff and all class members are enjoined from initiating or pursuing any claim that has been released under the settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement and not to initiate or pursue any claim that has been released under the settlement agreement.  All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                                    JESSICA J. LYUBLANOVITS
                                                    CLERK OF COURT

 April 24, 2017                        s/ Chip Epperson
DATE                                     Deputy Clerk: Chip Epperson