# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

ARTHUR BIRINGER, individually and
on behalf of others similarly situated,

        Plaintiff,        CASE NO. 4:14cv566-RH/CAS

v.

FIRST FAMILY INSURANCE, INC., and
JASON MARRA.

        Defendants.
_____/

## PLAINTIFF'S NOTICE REGARDING EXCLUSION REQUESTS

As ordered by the Court in its "Order Finally Approving the Settlement and Directing the Entry of Judgment" (Dkt. 94) Plaintiff Arthur Biringer states that the three individuals that requested to be excluded from the settlement in this action are:

    Jacqueline Pruitt
    Brandy Thacker
    Nicholas E. Williams

The three exclusion requests are attached to the Declaration of Phil Cooper as Exhibit D thereto, submitted to the Court on April 5, 2017. (Dkt. 92-2 at 15-18).

        Respectfully submitted,

        ARTHUR BIRINGER, individually
        and on behalf of others similarly situated

        By:  */s/ Edward A.. Broderick*
        Edward A. Broderick
        Anthony I. Paronich
        Broderick & Paronich, P.C.
        99 High St., Suite 304
        Boston, MA 02110
        Telephone: (617) 738-7080
        ted@broderick-law.com

anthony@broderick-law.com

Tim Howard, J.D., Ph.D.
Florida Bar No.: 655325
tim@howardjustice.com
**HOWARD & ASSOCIATES, P.A.**
2120 Killarney Way, Suite 125
Tallahassee, FL 32309
Telephone: (850) 298-4455
Fax: (850) 216-2537

Matthew P. McCue
Law Office of Matthew P. McCue
1 South Avenue, Suite 3
Natick, MA 01760
Telephone: (508) 655-1415
mmccue@massattorneys.net

*Counsel for Plaintiff*

Dated:   April 25, 2017

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2017, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will effect service upon all counsel of record.

*/s/ Edward A. Broderick*
Edward A. Broderick